# UNITED STATES DISTRICT COURT

**FILED At Albuquerque NM**

State and _____ DISTRICT OF _____ New Mexico

**AUG 8 2016**
**MATTHEW J. DYKMAN**
**CLERK**

UNITED STATES OF AMERICA

V.

Santiago Joel GAMBOA-Saenz

## CRIMINAL COMPLAINT

CASE NUMBER: 16-MJ-3137

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 7, 2016__ in __Santa Fe County__ county, in the __State and__ District of __New Mexico__ defendant(s) did, (Track Statutory Language of Offense)

an alien, who had been previously arrested and deported from the United States, subsequent to being convicted of a felony, to wit: Illegal Reentry, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, in the State and District of New Mexico, being willfully in the United States unlawfully

in violation of Title __8__ United States Code, Section(s) __1326 (a)(1) & (a)(2) and 1326 (b)(1)__

I further state that I am a (n) __Deportation Officer__ and that this complaint is based on the following facts:

On August 7, 2016, Deportation Officer (DO) Salcido was contacted by DEA Special Agent (SA) Mondragon in reference to Santiago Joel GAMBOA-Saenz. DO Salcido has knowledge, through previous arrests, that GAMBOA is a citizen and national of Mexico who is illegally present in the United States after being ordered deported by an Immigration on January 31, 2008, and removed to Mexico on February 1, 2008. DO Salcido also has knowledge that GAMBOA's most recent removal from the United Stated was on July 12, 2014. DO Salcido knows GAMBOA to have an active extradiatable warrant of arrest out of Taos County, New Mexico for the offense of Trafficking a Controlled Substance which was verified through NCIC. DO Salcido conducted records that revelaed GAMBOA was convicted of Illegal Reentry on two occasions May 19, 2010 and February 4, 2014 in the United States District Court District of New Mexico. Further records checks reveal GAMBOA has never applied for nor received permission from the Department of Homeland Security to reenter the United States after being deported. SA Mondragon advised that he received a anonymous tip indicating GAMBOA was currently in a hotel room at the Best Western located at 1015 Rio Grande Blvd NW, Albuquerque, New Mexico, and that he was driving a Black in color 2015 Cheverolet Tahoe bearing New Mexico registration 49639US.

At approximately 1250 hours, DO Salcido observed GAMBOA exit the hotel and walk towards the Black Tahoe at which time DO Salcido, assisted by FBI Special Agents, took GAMBOA into custody. A search incident to arrest revealed GAMBOA was carrying a loaded Taurus semi-automatic 9mm Pistol serial number TJM44575 conceeealed in a satchel strapped across his torso and approximately one half ounce of suspected cocaine in his pants. GAMBOA was read his rights per Miranda and waived his right to an attorney. GAMBOA freely admitted possession of the weapon and suspected cocaine.

_____ Matthew D. Salcido
Signature of Complainant

Sworn to before me and subscribed in my presence,

__August 8, 2016__                                    Albuquerque, New Mexico
Date                                              at   City and State

__Steven C. Yarbrough United States Magistrate Judge__
Name & Title of Judicial Officer                       Signature of Judicial Officer